**Opinion issued October 6, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00752-CR

_____

## IN RE ADOLPH RODRIGUEZ, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## MEMORANDUM OPINION

Relator, Adolph T. Rodriguez, has been charged with the felony offense of continuing sexual abuse of a child and has filed a "Petition for Writ of Habeas Corpus for Bond Reduction," contending that he is being unlawfully confined and restrained and that the required bail is excessive.[*] Relator seeks issuance of a writ of

---

[*] The underlying case is *State of Texas v. Adolph Rodriguez*, cause number 147229, pending in the 177th District Court of Harris County, Texas, the Honorable Ryan Patrick presiding.

habeas corpus and an order either discharging him from custody or reducing the amount of the bond.

This Court does not have "original habeas corpus jurisdiction of a bail issue" in a criminal case. *In re Thomas*, No. 01–15–00786–CR, 2015 WL 6081429, at *1 (Tex. App.—Houston [1st Dist.] Oct. 13, 2015, orig. proceeding) (mem. op., not designated for publication); *Ortiz v. State*, 299 S.W.3d 930, 932 (Tex. App.— Amarillo 2009, no pet.) (citing TEX. GOV'T CODE § 22.221(d)); *see also Ex parte Barnes*, No. 03–13–00429–CV, 2013 WL 3723333, at *1 (Tex. App.—Austin July 12, 2013, orig. proceeding) (mem. op., not designated for publication) (dismissing for want of jurisdiction application for writ of habeas corpus seeking release or reduction in appeal bond when relator was convicted of felony offense of aggravated assault). In criminal matters, our habeas corpus jurisdiction is appellate only, and we do not have original habeas corpus jurisdiction. *See Thomas*, 2015 WL 6081429, at *1; *Ashorn v. State*, 77 S.W.3d 405, 409 (Tex. App.—Houston [1st Dist.] 2002, pet. ref'd); *Ex parte Denby*, 627 S.W.2d 435, 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding); *see also Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.—Houston [1st Dist.] 2004, no pet.).

Accordingly, we dismiss the petition for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).